UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMANTHA JONZA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., et al,<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-01695-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the plaintiff's failure to comply with the court's lawful orders, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 10th day of October, 2023.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　/s/Benjamin G. Thurman
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 10, 2023
Kevin P. Weimer
Clerk of Court

By:　/s/Benjamin G. Thurman
　　　　Deputy Clerk